No. D–2507.   IN RE DISCIPLINE OF HUTCHINSON.   Paula B. Hutchinson, of Lincoln, Neb., is suspended from the practice of

law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.